UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAY JOURNAL MEDIA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> *Defendant*. | Civil Action No. 17-cv-02441 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's January 30, 2018 Minute Order, the parties jointly submit this status report to apprise the Court that the parties' settlement discussions in this matter are ongoing. The parties request an extension to file the next Joint Status Report within 60 days, *i.e.*, on or before June 29, 2018.

        Respectfully submitted,

        JESSIE K. LIU, D.C. Bar No. 472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division

By:   /s/  *Jason Todd Cohen*
        Jason Todd Cohen, ME Bar No. 004465
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2523
        jason.cohen@usdoj.gov

        *Attorneys for Defendant*

/s/ *Joel Gross*
Joel M. Gross, D.C. Bar No. 348201
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5705
Joel.Gross@apks.com

Erika D. Norman, D.C. Bar No. 999457
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-6543
Erika.Norman@apks.com

Josephine Morse (*pro hac vice*)
D.C. Bar No. 1531317
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jmorse@democracyforward.org

*Attorneys for Plaintiff*